United States District Court

Eastern District of California

Gregory A. Coglianese,

      Petitioner,                    No. Civ. S 03-1506 MCE PAN P

  vs.                                Order

California Board of
Prison Terms,

      Respondent.

-oOo-

    Respondents move to supplement their answer.  Petitioner has filed no opposition.

    Respondent seeks to assert the defense this court lacks jurisdiction based upon <u>Sass v. California Board of Prison Terms</u>, No. Civ. S 01-0835 MCE KJM P, [2005 WL 1406100].

    Good cause appearing, respondent's July 22, 2005, motion is

///

///

///

1 granted.  The Clerk of the Court is directed to file the
2 supplemental answer attached to the motion.
3      So ordered.
4      Dated:  August 30, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge