IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY A. COGLIANESE,

    Petitioner,                  No. CIV S-03-1506 MCE JFM P

    vs.

CALIFORNIA BOARD OF PRISON TERMS,

    Respondent.                  <u>ORDER</u>

        /

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has filed a request to dismiss the petition. Good cause appearing, respondent will be directed to file a response to petitioner's request. <u>See</u> Fed. R. Civ. P. 41(a); Rule 11, 28 U.S.C. foll. § 2254.

        In accordance with the above, IT IS HEREBY ORDERED that within ten days from the date of this order respondent shall file and serve a response to petitioner' November 14, 2007 request to dismiss the petition.

DATED: November: 21, 2007.

UNITED STATES MAGISTRATE JUDGE

12;cogl1506.41