IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY A. COGLIANESE,

    Petitioner,                    No. CIV S-03-1506 MCE JFM P

    vs.

CALIFORNIA BOARD OF PRISON TERMS,

    Respondent.                ORDER

/

        Petitioner, a state prisoner proceeding pro se, has requested that this action be dismissed. On November 21, 2007, respondent was granted ten days in which to file any objection. On November 28, 2007, respondent filed a statement of non-opposition to petitioner's request for dismissal. Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: November 30, 2007.

                                              UNITED STATES MAGISTRATE JUDGE

/001; cogl1506.159